UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS SERNA ORTEGA,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-04277-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to immediately release Petitioner Isaias Serna Ortega (A# 246-061-127) from custody unless no later than **August 17, 2026**, he is provided with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a).
3. The Clerk of Court is directed to close this case.

DATED: August 10, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE